Adam M. Cohen, Esq. (AMC-9918)
**KANE KESSLER, P.C.**
  Attorneys for Plaintiffs
1350 Avenue of the Americas
New York, New York 10019
(212) 541-6222

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/05

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X
:
MERCHANT MEDIA, LLC and ALLSTAR          :     Index No.: 05 CV 2817 (JES)
MARKETING GROUP, LLC,                    :

             **Plaintiffs,**               :
                                                    **ORDER**
             -against-                    :

H.S.M. INTERNATIONAL, HESH MIRPURI,      :
MEDIA BRANDS WORLDWIDE LIMITED
and SANJAY MIRPURI,                      :

             **Defendants.**               :

------------------------------------X

Plaintiffs Merchant Media, LLC and Allstar Marketing Group, LLC, by their attorneys Kane Kessler, P.C., having duly moved this court for a Default Judgment against all defendants, which motion was returnable September 26, 2005, and this Court having granted the motion for a default judgment against defendants H.S.M. International and Hesh Mirpuri and denied the motion for a default judgment against defendants Media Brands Worldwide Limited and Sanjay Mirpuri.

**NOW**, it is hereby,

**ORDERED**, that a Default Judgment be entered against Defendants H.S.M. International and Hesh Mirpuri;

**ORDERED**, that the action is dismissed without prejudice against defendants Media Brands Worldwide Limited and Sanjay Mirpuri; and it is further

**ORDERED**, that the caption of this action shall be amended to read as follows:

------------------------------------- X
:
MERCHANT MEDIA, LLC and ALLSTAR         Index No.:  05 CV 2817 (JES)
MARKETING GROUP, LLC,                       :

                **Plaintiffs**,                   :

                -against-                 :

H.S.M. INTERNATIONAL and HESH MIRPURI,   :

                **Defendants**.             :

------------------------------------- X

and it is further

**ORDERED**, that service of a copy of this Order upon all parties in this action shall be deemed sufficient for purposes of amending the caption of this action, and that plaintiffs are not required to serve any amended papers in order to effectuate the aforesaid changes to the caption; and it is further

235260.1

**ORDERED**, that the Clerk of the Court is directed to make the appropriate change in the records and files of the United States District Court, Southern District of New York, to reflect the amended caption to this action.

Dated: New York, New York
October 11, 2005

											_____
											Hon. John E. Sprizzo
											U.S.D.J.

											This document was entered on the docket on _____.

This document has been electronically filed.

235260.1