```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
MERCHANT MEDIA, LLC and ALLSTAR
MARKETING GROUP, LLC,

                        Plaintiffs,

        -against-                              05 Civ. 2817 (JES)

H.S.M. INTERNATIONAL, HESH                     ORDER
MIRPURI, MEDIA BRANDS WORLDWIDE
LIMITED and SANJAY MIRPURI,

                        Defendants.
-----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/06

The above-captioned action having come before the Court, and the Court having dismissed defendants Media Brands Worldwide Limited and Sanjay Murpuri and entered a Default Judgment against defendants H.S.M. International and Hesh Mirpuri on October 12, 2005, and the Court, by Order dated October 14, 2005, having referred the above-captioned action to Magistrate Judge Michael H. Dolinger for an inquest on damages, attorneys' fees and costs, and Magistrate Judge Dolinger having issued a Report and Recommendation dated November 1, 2006, recommending that plaintiff be awarded $150,000.00 in statutory damages, $22,500.00 in attorneys' fees, and $4,139.31 in costs, and the Court having received no objections to the aforementioned Report and Recommendation, and the Court having considered all matters raised, it is

**ORDERED** that the Report and Recommendation of Magistrate Judge Dolinger shall be and hereby is adopted in its entirety; and it is further

**ORDERED** that the Clerk of the Court shall be and hereby is directed to close the above-captioned action.

Dated:   New York, New York
         November 20, 2006

                                          John E. Sprizzo
                                          United States District Judge

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                    :
UNITED STATES OF AMERICA            :
                                    :
         -v.-                       :       S2 06 Cr. 263 (JES)
                                    :
CARLTON WAINWRIGHT WALKER,          :
                                    :
         Defendant.                 :
                                    :
- - - - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/06

    WHEREAS, with the defendant's consent, his guilty plea allocution was taken before Magistrate Judge Debra C. Freeman on October 13, 2006;

    WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and

    WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea,

    IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Dated:  New York, New York
      11 21 , 2006

              _____
              The Honorable John E. Sprizzo
              UNITED STATES DISTRICT JUDGE